**Law Offices of James Kousouros**
260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel: (212)532-1934
Fax: (212)532-1939

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

                                      **Notice of Appearance**

- against -

                                      Crim. No. 10-MAG-1295

ISAAK KHAFIZOV,

      Defendant.
_____X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears for **ISAAK KHAFIZOV,** the defendant herein, for all purposes and proceedings and that all correspondence, litigation and other matters should be sent to the address set forth above.

Dated:     New York, New York
               July 9th , 2010                        **Law Offices of James Kousouros**

                                                                     By:       /s/
                                                                       JAMES KOUSOUROS, ESQ.